NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Eileen M Kaiser
652 W Melrose, Unit 1
Chicago, IL 60657
SSN: xxx–xx–2263 EIN: N.A.

Case No. :   15–14996
Chapter :    13
Judge :      Jacqueline P. Cox

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : U.S. BANK

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Educational Credit Management Corporation of your claim in the above matter, designated Claim No. 6 in the amount of $7275.20.   If no objections are filed by you on or before September 21, 2016 the Court shall substitute Educational Credit Management Corporation in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: August 31, 2016

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 15-14996-JPC
Eileen M Kaiser                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: cshabez            Page 1 of 1              Date Rcvd: Aug 31, 2016
                             Form ID: ntcasclm        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2016.
db            +Eileen M Kaiser,    652 W Melrose, Unit 1,   Chicago, IL 60657-0466
23338502      +U.S. BANK,    Keith Coburn,   MHEAC d/b/a ASA,   100 Cambridge Street, Suite 1600,
               Boston, MA 02114-2518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2016 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 1 Eileen M Kaiser cutlerfilings@gmail.com
              Heather M Giannino    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bankruptcy@hsbattys.com,    bankruptcy@hsbattys.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom Vaughn    ecf@tvch13.net,   ecfchi@gmail.com
                                                                                             TOTAL: 4