UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-14996 |
| Eileen M Kaiser | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO AUTHORIZE RECAST AGREEMENT

Having read the MOTION TO AUTHORIZE LOAN MODIFICATION, heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

The Debtor, Eileen M Kaiser, is authorized to enter into a Recast Agreement on the mortgage loan securing her real property located at 652 W Melrose, Unit 1A, Chicago, IL 60657 according to the following terms:
Loan Amount not to exceed: $401,527.14
Loan term: 408 months
Loan Rate: 4% and 4.250% after 12 months
Loan Payment: $1,924.80 (may adjust periodically)

Enter:

J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 10/30/17

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20170105_bko