B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  Eileen M Kaiser                      ,          Case No.  15-14996

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Towd Point Mortgage Trust 2018-3, U.S. Bank National Association, as Indenture Trustee | JPMorgan Chase Bank, National Association |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Court Claim # (if known): 7
Amount of Claim: $422.324.94
Date Claim Filed: 06/12/2015

Phone: 1-800-258-8602
Last Four Digits of Acct #: 5431

Phone: 866-243-5851
Last Four Digits of Acct. #: 6859

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 5431

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Timothy R. Yueill, Esq.                         Date: 01/16/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# UNITED STATES BANKRUPTCY COURT

Case No:

## Certificate of Service

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date: 01/16/2019

Chapter 13 Trustee: Tom Vaughn

Trustee Address: 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

Trustee Email:

Debtor's Counsel Name: David H Cutler, Cutler & Associates, Ltd.

Debtor's Counsel Address: 4131 Main St., Skokie, IL 60076

Debtor's Counsel Email: cutlerfilings@gmail.com

Debtor 1 Name: Eileen M Kaiser

Debtor 2 Name

Debtor's Mailing Address: 652 W Melrose, Unit 1, Chicago, IL 60657

Debtor Email:

_/s/ Timothy R. Yueill