# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re Eileen Kaiser, | ) | Bankr. 15-14996 |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| | ) | Honorable Jacqueline P. Cox |

### Order Denying Motion to Authorize Short Sale

The Debtor's motion to authorize short sale is denied. The Debtor must provide an itemization of the proposed transaction.

The Debtor's motion states that the Debtor will sell the property for $270,000. The exhibit the Debtor provided from Selective Portfolio Servicing states that Select Portfolio Servicing must receive at least $236,426.22 and that the Maximum Real Estate Commission/fees paid will be $16,200.

The Debtor must itemize the sale price, any adjustments that will be made to the sale price (if any) based on items the seller paid in advance or taxes, reductions based on paying off the existing loan, etc. It must also state the amount that the debtor will receive. The Debtor can also provide a HUD-1 form or Closing Disclosure form.

The Debtor must also provide a more current statement that outlines how much the Debtor owes Chase Mortgage/Towd Point Mortgage Trust 2018-3 and any other mortgages that may be on the property.

Dated: January 6, 2020          ENTER:  *J. Cox*          *Jacqueline P. Cox*

Honorable Jacqueline P. Cox
United States Bankruptcy Judge