**Fill in this information to identify the case:**

Debtor 1: Eileen M Kaiser

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 15-14996

---

Official Form 410S1

# Notice of Mortgage Payment Change       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Select Portfolio Servicing, Inc., as servicer for Towd Point Mortgage Trust 2018-3, U.S. Bank National Association, as Indenture Trustee

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 5 4 3 1

**Date of payment change:** 11/01/2019
Must be at least 21 days after date of this notice

**New total payment:** $ 2,376.49
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 853.37       New escrow payment: $ 1083.81

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %       New interest rate: _____ %

   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Debtor 1  **Eileen M Kaiser**
          First Name   Middle Name   Last Name

Case number (*if known*) 15-14996

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ **Timothy R. Yueill**
Signature

Date 09/25/2019

Print: Timothy    R.    Yueill
       First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: Law Office of Ira T. Nevel

Address: 175 N. Franklin St., Ste. 201
         Number    Street

Chicago            IL     60606
City               State  ZIP Code

Contact phone (312) 357-1125

Email timothyy@nevellaw.com

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date: 09/25/2019

Chapter 13 Trustee: Tom Vaughn

Trustee Address: 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

Trustee Email:

Debtor's Counsel Name: David H Cutler, Cutler & Associates, Ltd.

Debtor's Counsel Address: 4131 Main St., Skokie, IL 60076

Debtor's Counsel Email:

Debtor 1 Name: Eileen M Kaiser

Debtor 2 Name

Debtor's Mailing Address: 652 W MELROSE ST UNIT 1 CHICAGO, IL 60657 -0466

Debtor Email:

_/s/ Timothy R. Yueill



July 30, 2019

EILEEN M KAISER
652 W MELROSE ST UNIT 1A
CHICAGO, IL 60657

**Account Number:** ▮
**Property Address:** 652 W MELROSE ST 1A
CHICAGO, IL 60657

**RE: Important notice regarding your Annual Escrow Account Disclosure Statement and your new escrow payment amount**

**This statement is for informational purposes only**

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS) reviewed your escrow account to determine your new monthly escrow payment. Following are the answers to the most common questions we receive about the escrow account and the details related to the analysis.

1. **What is the amount of my new monthly payment?**
   The table below shows your new monthly payment, including any escrow changes from this new analysis statement.

| Table 1 | Current Payment (As of last analysis) | New Payment (as of 11/01/2019) | Change |
|---|---|---|---|
| **Principal and Interest** | | $1,292.68 | |
| **Regular Escrow Payment** | $731.23 | $878.89 | $147.66 |
| **Monthly Shortage Payment** | $122.14 | $204.92 | $82.78 |
| **Total Payment** | | $2,376.49 | $230.44 |

Since you are in active bankruptcy, your new payment amount shown above is the post-petition payment amount due.

2. **Why did the escrow portion of my payment change?**
   There are three main reasons why your escrow account payment may change from year to year.

   A. **Regular Escrow Payments** - Changes occur based on differences between the expected property tax or insurance payments for the prior year and the expected property tax or insurance payments for the current year. Table 2 shows those differences and any resulting monthly shortage change, which is explained in section C.

| Table 2 | Prior Year Estimated Disbursements (As of last analysis) | Current Year Estimated Disbursements (as of 11/01/2019) | Change |
|---|---|---|---|
| Tax Disbursements | $8,774.78 | $10,546.67 | $1,771.89 |
| **Total Annual Escrow Disbursements** | $8,774.78 | $10,546.67 | $1,771.89 |
| Monthly Escrow Payment | $731.23 | $878.89 | $147.66 |
| Monthly Shortage Payment | $122.14 | $204.92 | $82.78 |



See reverse side

B. **Escrow Reserve Requirements –** RESPA/Federal law allows lenders to maintain a maximum of two months reserve in your escrow account, commonly referred to as a cushion. However, based on state, investor, or modification requirements your cushion requirement may be less than the Federal requirement. Your account has a monthly reserve requirement of 0 months.

C. **Escrow Shortage –** The actual beginning balance on your account in Tables 3 and 4 is $177.57. According to the projections shown in Tables 3 and 4, your required beginning balance should be $2,636.66.

Please be advised that this is not an attempt to collect any pre-petition debt, which we have previously claimed on the Proof of Claim. Any shortages used to calculate this analysis do not include any unpaid taxes and/or insurance that we previously filed in the Proof of Claim. In Table 1, the "Regular Escrow Payments" row shows the full escrow payment required, including all escrow elements and the "Monthly Shortage Payment" row shows the current amount of monthly shortage which is the amount to be collected towards the shortage. In Table 2, the "Monthly Escrow Payment" row shows only the escrow elements without any overage/shortage amounts and the "Monthly Shortage Payment" row shows the current amount of monthly shortage which is the amount to be collected towards the shortage.

Your unpaid pre-petition escrow amount is $0.00. This amount has been removed from the projected starting balance.

Your total shortage is $2,459.09, which is determined by subtracting your required beginning escrow account balance from your actual beginning escrow account balance. $2,636.66 - $177.57 = $2,459.09. Unless you elect to pay the shortage in full, we will collect the total amount over 12 months at $204.92 per payment.

Table 3 below shows a detailed history of your escrow account transactions since your last analysis. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter E beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown prior to the effective date of this new analysis. Please note, if the payment or disbursement month shown in table 3 is the same month of this completed analysis and there is an asterisk (*) or the letter E next to the amount, the disbursement or amount may have already occurred by the time you receive this analysis statement and the actual amount may differ from the amount reflected below. Due to the length of time since your last escrow analysis a full history cannot be displayed below. Please contact us if you would like a full history since your last analysis.

**Table 3**

| | | Payments | | Disbursements | | |
|---|---|---|---|---|---|---|
| **Month** | **Description** | **Estimate** | **Actual** | **Estimate** | **Actual** | **Total Balance** |
| **History** | Beginning Balance | | | | | $3,043.91 |

See reverse side

Table 4 below shows a detailed projection of future estimated escrow activity of your escrow account transactions since your last analysis as well as a projection of future escrow activity. The double asterisk (**) next to the required balance indicates the lowest projected balance in the analysis. This low balance is used to determine the surplus or shortage in your escrow account at the time of this analysis.

**Table 4**

| Month | Description | Payments Estimate | Disbursements Estimate | Beginning Balance | Required Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $177.57 | $2,636.66 |
| November 2019 | | 878.89 | 0.00 | 1,056.46 | 3,515.55 |
| December 2019 | | 878.89 | 0.00 | 1,935.35 | 4,394.44 |
| January 2020 | | 878.89 | 0.00 | 2,814.24 | 5,273.33 |
| February 2020 | COUNTY TAX | 878.89 | 4,826.13 | -1,133.00 | 1,326.09 |
| March 2020 | | 878.89 | 0.00 | -254.11 | 2,204.98 |
| April 2020 | | 878.89 | 0.00 | 624.78 | 3,083.87 |
| May 2020 | | 878.89 | 0.00 | 1,503.67 | 3,962.76 |
| June 2020 | | 878.89 | 0.00 | 2,382.56 | 4,841.65 |
| July 2020 | COUNTY TAX | 878.89 | 5,720.54 | -2,459.09 | 0.00** |
| August 2020 | | 878.89 | 0.00 | -1,580.20 | 878.89 |
| September 2020 | | 878.89 | 0.00 | -701.31 | 1,757.78 |
| October 2020 | | 878.89 | 0.00 | 177.58 | 2,636.67 |

If your account is set up on a monthly automatic withdrawal payment option, your monthly payment withdrawal amount will be updated according to the adjusted payment above once the escrow analysis becomes effective. If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is 800-258-8602 and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also visit our website at www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

See reverse side

# This section is left intentionally blank

- - - - - - - - - - - - - - - - - - Cut along dotted line - - - - - - - - - - - - - - - - - - -

**PAYMENT COUPON ON BACK**
**HAS YOUR ADDRESS CHANGED?** IF SO, PLEASE COMPLETE THIS FORM

Mailing Address:_____

City _____ State _____ Zip _____

Home Phone _____ Business Phone _____

Account Number(█████████

**All Borrowers' Signatures Required For Address Change**

_____        _____
Borrower's Signature                                Co-Borrower's Signature

## This section is left intentionally blank

- - - - - - - - - - - - - - - - - - - - - - Cut along dotted line - - - - - - - - - - - - - - - - - - - - - -

You have the following options to repay your escrow shortage:

**Option A**
Do Nothing - The monthly reserve of $204.92 will be automatically collected with your New Payment unless you select Option B

**Option B**
Repay the Escrow Shortage in Full - To repay the shortage of $2,459.09 in full, please submit your payment with this coupon to:

SELECT PORTFOLIO SERVICING, INC.
P.O. BOX 65450
SALT LAKE CITY, UT 84165-0450

You may also submit your payment online by visiting www.spservicing.com

**Escrow Reserve - Shortage Repayment Coupon**

Select Portfolio Servicing, Inc.
EILEEN M KAISER
652 W MELROSE ST 1A,
CHICAGO, IL 60657
Account No: ▮▮▮▮▮▮

Total Amount Enclosed: _____